UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GOLDMAN,

    Plaintiff,

    v.

BAYER AG, et al.,

    Defendants.

Case No. 17-cv-0647-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint for failure to state a claim, and the court having dismissed the action with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

Dated: July 26, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge