UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GOLDMAN,

    Plaintiff,

v.

BAYER AG, et al.,

    Defendants.

Case No. 17-cv-00647-PJH

**ORDER RE STATUS UPDATE**

On January 9, 2019, the court stayed this case in light of the ongoing litigation in California Superior Court captioned Brady v. Bayer Corp., No. 2016-00839608 (Orange County Sup. Ct.). See Dkt. 58. The court ORDERS the parties to file a joint status report regarding the status of the Brady case and the parties' respective positions on whether this case should continue to be stayed. The joint status report shall be filed on or before September 27, 2022.

**IT IS SO ORDERED.**

Dated: September 13, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge